1

2

3

4

5

6

# UNITED STATES DISTRICT COURT

7

EASTERN DISTRICT OF CALIFORNIA

8

9   JAMIE CEN,                                          CASE NO. 1:09-cv-01728-SKO PC

10              Plaintiff,                              ORDER DISMISSING ACTION

11        v.

12   TRIESCH, et al.,

13              Defendants.

                                                    /

14

15        Plaintiff Jamie Cen ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis

16   in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has consented to jurisdiction by

17   U.S. Magistrate Judge.  (Doc. #5.)

18        On July 16, 2010, the Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A(a).

19   (Doc. #11.)  The Court found that Plaintiff's complaint failed to state any claims upon which relief

20   can be granted.  The Court informed Plaintiff of the deficiencies in his claims and provided Plaintiff

21   with leave to file an amended complaint that cured the deficiencies in his claims.  Plaintiff was

22   ordered to file his amended complaint within thirty days of the date of service of the July 16, 2010

23   order.  Plaintiff's amended complaint was due on August 19, 2010.

24        Plaintiff has not filed an amended complaint.  Therefore, the Court will dismiss the claims

25   raised in Plaintiff's original complaint, with prejudice, for failing to state any claims upon which

26   relief can be granted.

27

28

1

1   Accordingly, it is HEREBY ORDERED that:

2       1.      This action is dismissed for Plaintiff's failure to state any claims upon which relief

3               can be granted; and

4       2.      The Clerk is directed to close this action.

5

6   IT IS SO ORDERED.

7   **Dated:      September 15, 2010                        /s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28